# EXHIBIT A

**CONSENT TO JOIN**

I was employed by Redwood Logistics, LLC, and/or its parents, subsidiary or affiliated companies during the prior three (3) years, and in one or more workweeks I was not paid overtime pay as required by 29 U.S.C. § 201 *et seq*. I authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

I select Werman Salas P.C., and any of their associated attorneys, to represent me in the Lawsuit.

My name is:   Thomas Kavanagh

Signature: _DocuSigned by:_

Tom Kavanagh

659AE2EC1409403...

February 8, 2021

Date: _____